IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEBORAH R SPICELAND,

    Plaintiff,

v.                                                   CASE NO. 1:08-cv-00040-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, recommending that the Decision of the Commissioner Denying Benefits Be Reversed and this Cause Remanded for Further Proceedings. The time for filing objections has passed, and none have been filed.

The Court agrees that the ALJ does not offer any explanation for rejecting in part one treating physician's opinion and another treating physician's opinion in its entirety. Also, while the ALJ does specifically reject the opinion of the consultative examiner, his basis for rejection, that it is "inconsistent with the medical evidence of record when considered in its entirety" (R. 19), is not supported by the record. In short, this matter should be remanded for the ALJ to address what weight he is affording the opinion of Dr. Addis or to provide some explanation for why he is not adopting her opinion, as well as a better reason for rejecting the opinion of Dr. Benet, if in fact, he chooses to reject his opinion since it appears that he in fact accepted some of his findings with regard to her social interaction abilities. Also, this cause should be remanded for use of a vocational expert to determine if jobs exist in significant numbers which Plaintiff

could perform that require no contact with co-workers or supervisors.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner, denying benefits, is reversed, and this matter remanded for further proceedings.

**DONE AND ORDERED** this  *23rd*   day of September, 2009

>    *s/Maurice M. Paul*
> Maurice M. Paul, Senior District Judge