IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEBORAH R SPICELAND,

    Plaintiff,

v.                                                                     CASE NO. 1:08-cv-00040-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 19, Motion for Attorney Fees under the Equal Access to Justice Act. The Defendant filed a response, Doc. 20, in which it indicates it does not oppose the request. The Court has reviewed the attorney hours and rate and find that both are reasonable. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    Plaintiff is awarded $3,727.74 for attorney's fees and $350.00 for recovery of the filing fee. Such award should be paid directly to Plaintiff's counsel.

**DONE AND ORDERED** this _30th_ day of December, 2009

                                      *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge