IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEBORAH R SPICELAND,

    Plaintiff,

v.                                                  CASE NO. 1:08-cv-00040-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 22, Unopposed Motion for Extension of Time to File Petition for 406(b) Fees, filed by the Plaintiff. It is hereby

**ORDERED AND ADJUDGED:**

Pursuant to <u>Bergen v. Commissioner</u>, 454 F.3d 1273, 1277-78 (11th Cir. 2006), proceedings on attorney fees under the Social Security Act, 42 U.S.C. § 406(b) are stayed until the matter is fully adjudicated upon remand. The Plaintiff shall file a motion to award fees under 406(b) within 14 days after counsel receives notice from the Defendant Commissioner as to Plaintiff's past due benefits.

**DONE AND ORDERED** this _4th_ day of February, 2010.

            *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge